# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

08 MJ 0257

CASE NUMBER: _____

The person charged as **ANAYA-Perez, Lorenzo** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of **Arizona** on **08/02/07** with: **Title 18 USC 3583** in violation of:

**Violating conditions of release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __01/28/08__

_Don Allie_
CI - Deputy United States Marshal

Reviewed and Approved
DATE: 1/28/08

_[signature]_
Assistant United States Attorney

# United States District Court
## District of Arizona

## WARRANT FOR ARREST

United States of America
V.
Lorenzo Antonio Anaya-Perez

CASE NUMBER : CR 06-186-1-PHX-MHM

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Lorenzo Antonio Anaya-Perez</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court

☐ Violation Notice  ☐ Petition for Probation Violation

☒ Petition on Supervised Release

Charging him with violating the terms and conditions of supervised release.

| | |
|---|---|
| RICHARD H. WEARE | District Court Executive / Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | August 2, 2007, Phoenix, Arizona |
| Signature of Issuing Officer (By) Deputy Clerk | Date and Location |

Bail fixed at $ _____

(stamp: 2007 AUG -2 AM 10:47  DIST-AZ PHOENIX  U.S. MARSHALS SERVICE)

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |||
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

AO 442 (Rev.5/85-AZ) Warrant for Arrest

# United States District Court
District of Arizona

## WARRANT FOR ARREST

United States of America
V.
Lorenzo Antonio Anaya-Perez

CASE NUMBER: CR 06-186-1-PHX-MHM

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Lorenzo Antonio Anaya-Perez</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [ ] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of Court
- [ ] Violation Notice
- [ ] Petition for Probation Violation
- [x] Petition on Supervised Release

Charging him with violating the terms and conditions of supervised release.

| | |
|---|---|
| RICHARD H. WEARE | District Court Executive / Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | August 2, 2007, Phoenix, Arizona |
| Signature of Issuing Officer (By) Deputy Clerk | Date and Location |

Bail fixed at $_____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO 442 (Rev.5/85-AZ) Warrant for Arrest

P_Prob12.frm
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA

| ☒ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

AUG - 2 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

United States v. ANAYA-PEREZ, Lorenzo Antonio    Docket No. 06CR00186-001-PHX-MHM

Petition to Revoke Supervised Release    ✝ SEALED

**COMES NOW PROBATION OFFICER ASSISTANT** Melissa A. Sullivan presenting an official report on Lorenzo Antonio ANAYA-PEREZ who was committed to the Bureau of Prisons on June 29, 2006, by the Honorable Mary H. Murguia presiding in the District Court of Arizona. A two year period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on February 23, 2007. In addition to the general terms and conditions adopted by the Court, the offender was ordered to comply with the following special conditions:

1. If deported, you shall not re-enter the United States without legal authorization.

Lorenzo Antonio ANAYA-PEREZ was convicted of re-entry after deportation, 8 USC §1326(a) & (b)(1), a Class C felony.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation A. Violation of Standard Condition No. 1: You shall not commit another federal, state or local crime during the term of supervision.**

On or about June 12, 2007, ANAYA-PEREZ committed the new federal offense of re-entry after deportation, a Class C felony. This is evidenced by Immigration and Naturalization, Record of Deportable/Inadmissible Alien Form I-213. Court proceedings are pending. **Grade B Violation, §7B1.1(a)(2).**

**Allegation B. Violation of Special Condition No. 1: If deported, you shall not re-enter the United States without legal authorization.**

On or about June 12, 2007, ANAYA-PEREZ entered the United States without legal authorization. This is evidenced by his June 12, 2007, arrest by Border Patrol Agents at or near Jacumba, California. This arrest was subsequent to his February 23, 2007, deportation. **Grade C Violation, §7B1.1(a)(3).**

Page 2
U.S.A. v. ANAYA-PEREZ, Lorenzo Antonio
Docket No. 06CR00186-001-PHX-MHM
July 19, 2007

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_Melissa A. Sullivan_   7-19-07
Melissa A. Sullivan                                          Date
U.S. Probation Officer Assistant
Office Phone: (602) 682-4340
Cell Phone: (602) 770-6709

Reviewed by

_Fred Chilese_   7/19/07
Fred Chilese                                                 Date
Supervisory U.S. Probation Officer
Office Phone: (602) 682-4374
Cell Phone: (602) 725-3615

Reviewed by

_Mary G. Cesar_ for   7/20/07
Lisa J. Settel                                               Date
Assistant U.S. Attorney

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this ___1___ day of ___August___, 2007 and ordered filed and made a part of the records in the above case.

_Mary H. Murguia_
The Honorable Mary H. Murguia
U.S. District Judge

Defense Counsel:

Tracy Friddle
850 West Adams Street
Suite 201
Phoenix, Arizona 85007

CERTIFIED TO BE A TRUE COPY
DATED: 8/2/07

RICHARD H. WEARE, CLERK
U.S. DISTRICT COURT

BY _____
       DEPUTY CLERK