MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
FEBRUARY 21, 2008

| HON. **BARBARA L. MAJOR** | DEPUTY CLERK: **M. BEHNING** |
|---|---|
| 08MJ0257-BLM   USA   VS | LORENZO ANAYA-PEREZ(1/C/SPA)60058108 |

1: ERICK GUZMAN, FD
AUSA: MICHELLE PETTIT

REMOVAL/ID HEARING
================================================================
BLM08:1132-1212

CONTESTED REMOVAL/ID HEARING HELD
GOVT WITNESS C/S/T: DON ALLIE, USM
EXHIBITS MARKED AND ADMITTED

COURT FINDS DEFT IS PERSON NAMED AND CHARGED IN THE PETITION OF
SUPERVISED RELEASE VIOLATION IN THE DISTRICT OF ARIZONA
COURT ORDERS DEFT REMOVED TO THE DISTRICT OF ARIZONA

WARRANT OF REMOVAL SIGNED