## UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**PLEASE RECEIPT AND RETURN**

FILED
08 MAR -7 PM 4:02
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

MAR 03 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

February 27, 2008

Clerk, U.S. District Court
District of Arizona - Phoenix
Sandra Day O'Connor US Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

   Re:   08mj0257-BLM, USA v Anaya-Perez

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk